# United States District Court
# Central District of California

| | |
|---|---|
| NOYEG AKORIAN; RAZMIK AKORIAN; VARTAN AKOPYAN as Trustee of the ANAIT AKOPYAN IRREVOCABLE LIFE INSURANCE TRUST,<br><br>                    Plaintiff,<br><br>         v.<br><br>THE OHIO NATIONAL LIFE INSURANCE COMPANY; OHIO NATIONAL ASSURANCE CORPORATION; DOES 1-50, inclusive,<br><br>                    Defendants. | Case No. 2:14-cv-5778-ODW(JCx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 21), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Monday, February 23, 2015**, why settlement has not been finalized.  No hearing will be held.  All other dates

and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

    **IT IS SO ORDERED.**

    January 6, 2015

                                 _____
                                      **OTIS D. WRIGHT, II**
                                **UNITED STATES DISTRICT JUDGE**